**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF NEW YORK

Case number *(if known)* _____    Chapter    **11**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy  06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Fondue 26, LLC** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | **DBA  The Ainsworth** |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **27-0320114** |

| | | |
|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |

**122 West 26th Street
New York, NY 10001**
Number, Street, City, State & ZIP Code

**New York**
County

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **www.The-Ainsworth.com** |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

| Debtor | **Fondue 26, LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

**7.** **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

7225

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |

Debtor    **Fondue 26, LLC**                                          Case number (*if known*) _____

Name

| | |
|---|---|
| **10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** | ■ No<br>☐ Yes. |

List all cases. If more than 1, attach a separate list

| | | | |
|---|---|---|---|
| Debtor _____ | | Relationship _____ | |
| District _____ | When _____ | Case number, if known _____ | |

**11. Why is the case filed in *this district*?**    *Check all that apply:*

■  Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐  A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____

         Contact name _____

         Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**    .    *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

---

Debtor    **Fondue 26, LLC**                                                              Case number (*if known*) _____
          Name

☐ $50,001 - $100,000              ☐ $10,000,001 - $50  million          ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000             ☐ $50,000,001 - $100 million          ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million           ☐ $100,000,001 - $500 million         ☐ More than $50 billion

| Debtor | **Fondue 26, LLC** | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **March 2, 2023**
                MM / DD / YYYY

X **/s/ Matthew Shendell**
Signature of authorized representative of debtor

**Matthew Shendell**
Printed name

Title     **Managing Member**

---

**18. Signature of attorney**

X **/s/ Anne Penachio**
Signature of attorney for debtor

Date     **March 2, 2023**
         MM / DD / YYYY

**Anne Penachio**
Printed name

**Penachio Malara, LLP**
Firm name

**245 Main Street, Suite 450**
**White Plains, NY 10601**
Number, Street, City, State & ZIP Code

Contact phone     **914-946-2889**          Email address     **frank@pmlawllp.com**

**(ap-9721) NY**
Bar number and State

---

Official Form 201          **Voluntary Petition for Non-Individuals Filing for Bankruptcy**          page 5

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Fondue 26, LLC** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF NEW YORK** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Action Environmental Services 300 Frank W Burr Blvd Suite 39 Teaneck, NJ 07666 | | Trade & Business Debt | Unliquidated | | | $2,494.76 |
| All Around Restoration 18 Mcfarland Avenue Staten Island, NY 10305 | | Trade & Business Debt | Unliquidated | | | $9,000.00 |
| AmTrust Financial 59 Maiden Lane New York, NY 10038 | | Trade & Business Debt | Unliquidated | | | $1,358.48 |
| Avanti Enterprises, Inc. 50 Division Place Brooklyn, NY 11222 | | Trade & Business Debt | Unliquidated | | | $3,925.62 |
| Brooklyn Mills Down to Earth Markets P.O. Box 567 Ossining, NY 10562 | | Trade & Business Debt | Unliquidated | | | $378.00 |
| Cintas Uniform Services 5740 Genesee Street Lancaster, NY 14086 | | Trade & Business Debt | Unliquidated | | | $612.20 |
| Con Edison 122 E. 124th Street New York, NY 10035 | | Utilities | Unliquidated | | | $3,202.85 |
| Dairyland USA Corp. 240 Food Center Drive Bronx, NY 10474 | | Trade & Business Debt | Unliquidated | | | $21,848.82 |

| Debtor | **Fondue 26, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Dezer Properties Co.**<br>**89 5th Avenue, 11th**<br>**Floor**<br>**New York, NY 10011** | | **Trade & Business Debt** | **Unliquidated** | | | **$272,551.90** |
| **DirecTV**<br>**2230 E. Imperial**<br>**Highway**<br>**El Segundo, CA**<br>**90245** | | **Utilities** | **Unliquidated** | | | **$15,155.94** |
| **Global Covergae,**<br>**Inc.**<br>**358 5th Avenue, 8th**<br>**Floor**<br>**New York, NY 10001** | | **Trade & Business Debt** | **Unliquidated** | | | **$4,196.93** |
| **Macintosh Linen &**<br>**Uniform**<br>**2255 City Line Road**<br>**Bethlehem, PA**<br>**18017** | | | **Unliquidated** | | | **$364.80** |
| **Matthew Shendell**<br>**115A King Street**<br>**Brooklyn, NY 11231** | | **Advance to Landlord** | **Unliquidated** | | | **$100,000.00** |
| **NewTek**<br>**111 Brickell Avenue**<br>**Miami, FL 33131** | | | **Contingent Unliquidated** | | | **$3,000,000.00** |
| **Rose & Joe's Italian**<br>**Bakery**<br>**22-40 31st Street**<br>**Queens, NY 11105** | | **Trade & Business Debt** | **Unliquidated** | | | **$3,931.00** |
| **Simeon Tambriz et**<br>**al**<br>**c/o Lee Litigation**<br>**Group, PLLC**<br>**148 West 24th**<br>**Street, 8th Fl**<br>**New York, NY 10011** | | **Class Settlement** | **Contingent Unliquidated** | | | **$375,000.00** |
| **Southern Glazer's**<br>**Wine**<br>**313 Underhill Blvd.**<br>**Syosset, NY 11791** | | **Trade & Business Debt** | **Unliquidated** | | | **$10,000.00** |
| **Spectrum**<br>**396-398 6th Avenue**<br>**New York, NY 10011** | | **Utilities** | **Unliquidated** | | | **$397.71** |
| **US Small Business**<br>**Administ.**<br>**Office of Disster**<br>**Assistance**<br>**14925 Kingsport Rd.**<br>**Fort Worth, TX**<br>**76155** | | | | **$2,000,000.00** | **$0.00** | **$2,000,000.00** |

Debtor  **Fondue 26, LLC**                                    Case number *(if known)* _____
      Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **White Plains Linen 4 John Walsh Blvd. Peekskill, NY 10566** | | **Trade & Business Debt** | **Unliquidated** | | | **$732.34** |

Official form 204                    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims                    page 3

.

ACTION ENVIRONMENTAL SERVICES
300 FRANK W BURR BLVD
SUITE 39
TEANECK, NJ 07666


ALL AROUND RESTORATION
18 MCFARLAND AVENUE
STATEN ISLAND, NY 10305


AMTRUST FINANCIAL
59 MAIDEN LANE
NEW YORK, NY 10038


ANHEUSER-BUSCH CO
200 US-1
NEWARK, NJ 07114


APRIO, LLC
7 PENNSYLVANIA PLAZA
SUITE 210
NEW YORK, NY 10001


AVANTI ENTERPRISES, INC.
50 DIVISION PLACE
BROOKLYN, NY 11222


BROOKLYN MILLS
DOWN TO EARTH MARKETS
P.O. BOX 567
OSSINING, NY 10562


CINTAS UNIFORM SERVICES
5740 GENESEE STREET
LANCASTER, NY 14086


CON EDISON
122 E. 124TH STREET
NEW YORK, NY 10035


DAIRYLAND USA CORP.
240 FOOD CENTER DRIVE
BRONX, NY 10474

DEZER PROPERTIES CO.
89 5TH AVENUE, 11TH FLOOR
NEW YORK, NY 10011


DIRECTV
2230 E. IMPERIAL HIGHWAY
EL SEGUNDO, CA 90245


GLOBAL COVERGAE, INC.
358 5TH AVENUE, 8TH FLOOR
NEW YORK, NY 10001


GREEN CLEAN NYC
101 W. 23RD STREET
SUITE 408
NEW YORK, NY 10011


MACINTOSH LINEN & UNIFORM
2255 CITY LINE ROAD
BETHLEHEM, PA 18017


MANHATTAN BEER DISTRIBUTORS
955 E. 149TH STREET
BRONX, NY 10455


MATTHEW SHENDELL
115A KING STREET
BROOKLYN, NY 11231


NEO BEVERAGES
188 GRAND STREET
SECOND FLOOR
NEW YORK, NY 10013


NEWTEK
111 BRICKELL AVENUE
MIAMI, FL 33131


NYC CLEAN AIR GROUP
154-05 12TH AVENUE
WHITESTONE, NY 11357


RJ LINEN & UNIFORM
305 MACQUESTEN PKWY
MOUNT VERNON, NY 10550

```
ROSE & JOE'S ITALIAN BAKERY
22-40 31ST STREET
QUEENS, NY 11105


SIMEON TAMBRIZ ET AL
C/O LEE LITIGATION GROUP, PLLC
148 WEST 24TH STREET, 8TH FL
NEW YORK, NY 10011


SOUTHERN GLAZER'S WINE
313 UNDERHILL BLVD.
SYOSSET, NY 11791


SPECTRUM
396-398 6TH AVENUE
NEW YORK, NY 10011


SYSCO METRO NY
20 THEODORE CONRAD DRIVE
JERSEY CITY, NJ 07305


UNION BEER
46 MEADOWLANDS PARKWAY
SECAUCUS, NJ 07094


US SMALL BUSINESS ADMINIST.
OFFICE OF DISSTER ASSISTANCE
14925 KINGSPORT RD.
FORT WORTH, TX 76155


WHITE PLAINS LINEN
4 JOHN WALSH BLVD.
PEEKSKILL, NY 10566
```

# United States Bankruptcy Court
## Southern District of New York

In re **Fondue 26, LLC**

Debtor(s)

Case No. _____

Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Fondue 26, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Ains Holding Company, LLC**
**115A King Street**
**Brooklyn, NY 11231**

☐ None [*Check if applicable*]

**March 2, 2023**

Date

**/s/ Anne Penachio**

**Anne Penachio**

Signature of Attorney or Litigant

Counsel for   **Fondue 26, LLC**

**Penachio Malara, LLP**
**245 Main Street, Suite 450**
**White Plains, NY 10601**
**914-946-2889**
**frank@pmlawllp.com**