Fondue 26, LLC [Case No.: 23-10306-mg]

Claims Analysis

Bar Date: May 12, 2023

| Claim No. | Creditor | Secured | Priority | Unsecured |
|---|---|---|---|---|
| 1 | NYS Dept. of Taxation & Finance | | $56,657.54 | $11,253.96 |
| 2 | NYS Dept. of Labor | | $804.63 | $54.33 |
| 3 | Internal Revenue Service | | $85,758.32 | |
| 4 | American Express (judgment) | | | $75,250.00 |
| 5 | US Small Business Administration | $2,094,006.85 | | |
| 6 | Dairyland USA Corp. | | | $21,903.37 |
| 7 | Dezer Properties 122 LLC | | | $231,179.43 |
| 8 | Dezer Properties 122 LLC | | | $1,547,344.46 |
| 9 | Newtek Small Business Finance, LLC | $3,769,525.94 | | |
| Total: | | $5,863,532.79 | $143,220.49 | $1,886,985.55 |

# Southern District of New York
# Claims Register

## [23-10306-mg Fondue 26, LLC](#)

| | | |
|---|---|---|
| **Judge:** Martin Glenn | **Chapter:** 11 | |
| **Office:** Manhattan | **Last Date to file claims:** 05/12/2023 | |
| **Trustee:** Yann Geron | **Last Date to file (Govt):** | |

---

*Creditor:* (8004220)
New York State Department of Taxation & Finance
Bankruptcy Section
P O Box 5300
Albany New York 12205-0300

**Claim No: 1**
*Original Filed Date:* 03/08/2023
*Original Entered Date:* 03/08/2023
*Last Amendment Filed:* 05/22/2023
*Last Amendment Entered:* 05/22/2023

*Status:*
*Filed by:* CR
*Entered by:* David M Pugliese
*Modified:*

Amount claimed: $67911.50
Priority  claimed: $56657.54

*History:*

| Details | 1-2 | 05/22/2023 | Amended Claim #1 filed by New York State Department of Taxation & Finance, Amount claimed: $67911.50 (Pugliese, David) |
|---|---|---|---|
| Details | 1-1 | 03/08/2023 | Claim #1 filed by New York State Department of Taxation & Finance, Amount claimed: $53087.50 (Pugliese, David) |

*Description:* (1-2) 1st amended pre petition proof of claim
(1-1) pre petition proof of claim
*Remarks:*

---

*Creditor:* (8005148)
NEW YORK STATE DEPARTMENT OF LABOR
STATE CAMPUS BLDG 12 RM 256
ALBANY, NY 12240

**Claim No: 2**
*Original Filed Date:* 03/13/2023
*Original Entered Date:* 03/13/2023

*Status:*
*Filed by:* CR
*Entered by:* Admin.
*Modified:*

Amount claimed: $859.16
Priority  claimed: $804.63

*History:*

| Details | 2-1 | 03/13/2023 | Claim #2 filed by NEW YORK STATE DEPARTMENT OF LABOR, Amount claimed: $859.16 (Admin.) |
|---|---|---|---|

*Description:*
*Remarks:* (2-1) Account Number (last 4 digits):4023

---

*Creditor:* (8008668)
INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

**Claim No: 3**
*Original Filed Date:* 03/30/2023
*Original Entered Date:* 03/30/2023

*Status:*
*Filed by:* CR
*Entered by:* Maria Valerio
*Modified:*

Amount claimed: $85758.32

*History:*

| Details | 3-1 | 03/30/2023 | Claim #3 filed by INTERNAL REVENUE SERVICE, Amount claimed: $85758.32 (Valerio, Maria) |
|---|---|---|---|

*Description:*
*Remarks:*

Secured claimed:          $0.00
Priority   claimed: $85758.32

*History:*

[Details]   3-1   03/30/2023 Claim #3 filed by INTERNAL REVENUE SERVICE, Amount claimed: $85758.32 (Valerio, Maria)

*Description:*
*Remarks:*

*Creditor:*       (8011603)                          **Claim No: 4**                      *Status:*
American Express National Bank, AENB      *Original Filed*                     *Filed by:* CR
c/o Zwicker and Associates, P.C.          *Date*: 04/10/2023                   *Entered by:* Katie Elizabeth Hankard
Attorneys/Agents for Creditor             *Original Entered*                   *Modified:*
P.O. Box 9043                             *Date*: 04/10/2023
Andover, MA 01810-1041

Amount  claimed: $75250.00
Secured claimed: $75250.00

*History:*

[Details]   4-1   04/10/2023 Claim #4 filed by American Express National Bank, AENB, Amount claimed: $75250.00 (Hankard, Katie)

*Description:* (4-1) Secured installment loan; judgment
*Remarks:*

*Creditor:*       (8012142)                          **Claim No: 5**                      *Status:*
U.S. Small Business Administration        *Original Filed*                     *Filed by:* CR
National Disaster Loan Resolution Center  *Date*: 04/11/2023                   *Entered by:* Admin.
200 West Santa Ana Boulevard              *Original Entered*                   *Modified:*
Santa Ana, CA 92701                       *Date*: 04/11/2023

Amount  claimed: $2094006.85
Secured claimed: $2094006.85

*History:*

[Details]   5-1   04/11/2023 Claim #5 filed by U.S. Small Business Administration, Amount claimed: $2094006.85 (Admin.)

*Description:*
*Remarks:* (5-1) Account Number (last 4 digits):8208

*Creditor:*       (8003312)                          **Claim No: 6**                      *Status:*
DAIRYLAND USA CORP.                       *Original Filed*                     *Filed by:* CR
240 FOOD CENTER DRIVE                     *Date*: 04/28/2023                   *Entered by:* Admin.
BRONX, NY 10474                           *Original Entered*                   *Modified:*
                                          *Date*: 04/28/2023

Amount claimed: $21903.37

*History:*

[Details]   6-1   04/28/2023 Claim #6 filed by DAIRYLAND USA CORP., Amount claimed: $21903.37 (Admin.)

*Description:*
*Remarks:*

| | | | |
|---|---|---|---|
| *Creditor:* (8003313)<br>DEZER PROPERTIES CO.<br>89 5TH AVENUE, 11TH FLOOR<br>NEW YORK, NY 10011 | **Claim No: 7**<br>*Original Filed Date*: 05/09/2023<br>*Original Entered Date*: 05/09/2023 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Joel Shafferman<br>*Modified:* | |

Amount claimed: $231179.43

*History:*

Details  7-1  05/09/2023 Claim #7 filed by DEZER PROPERTIES CO., Amount claimed: $231179.43 (Shafferman, Joel)

*Description:*
*Remarks:*

| | | | |
|---|---|---|---|
| *Creditor:* (8003313)<br>DEZER PROPERTIES CO.<br>89 5TH AVENUE, 11TH FLOOR<br>NEW YORK, NY 10011 | **Claim No: 8**<br>*Original Filed Date*: 05/09/2023<br>*Original Entered Date*: 05/09/2023 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Joel Shafferman<br>*Modified:* | |

Amount claimed: $1547344.46

*History:*

Details  8-1  05/09/2023 Claim #8 filed by DEZER PROPERTIES CO., Amount claimed: $1547344.46 (Shafferman, Joel)

*Description:* (8-1) Rejection Damage Claim in Event Lease is Rejected
*Remarks:*

| | | | |
|---|---|---|---|
| *Creditor:* (8019955)<br>Newtek Small Business Finance, LLC<br>c/o John J. Winter, Esquire, Chartwell L<br>970 Rittenhouse Road, Suite 300<br>Eagleville, PA 19403 | **Claim No: 9**<br>*Original Filed Date*: 05/12/2023<br>*Original Entered Date*: 05/12/2023 | *Status:*<br>*Filed by:* CR<br>*Entered by:* John Joseph Winter, I<br>*Modified:* | |

Amount claimed: $3769525.94
Secured claimed: $3769525.94

*History:*

Details  9-1  05/12/2023 Claim #9 filed by Newtek Small Business Finance, LLC, Amount claimed: $3769525.94 (Winter, John)

*Description:*
*Remarks:* (9-1) Secured Proof of Claim of Newtek Small Business Finance, both loans

## Claims Register Summary

**Case Name:** Fondue 26, LLC
**Case Number:** 23-10306-mg
**Chapter:** 11
**Date Filed:** 03/02/2023
**Total Number Of Claims:** 9

| Total Amount Claimed* | $7893739.03 |
|---|---|
| Total Amount Allowed* | |

*Includes general unsecured claims

**The values are reflective of the data entered. Always refer to claim documents for actual amounts.**

|              | Claimed       | Allowed |
|--------------|---------------|---------|
| **Secured**  | $5938782.79   |         |
| **Priority** | $143220.49    |         |
| **Administrative** |         |         |

| PACER Service Center |||
|---|---|---|
| **Transaction Receipt** |||
| 05/31/2023 14:12:26 |||
| **PACER Login:** | fmalara245 | **Client Code:** | |
| **Description:** | Claims Register | **Search Criteria:** | 23-10306-mg Filed or Entered From: 5/1/2010 Filed or Entered To: 5/31/2023 |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |