Fondue 26, LLC d/b/a The Ainsworth

Chapter 11 [Case No.: 23-10306-mg]

## LIQUIDATION ANALYSIS

| ASSET | | ESTIMATED VALUE |
|---|---|---|
| HVAC | | $100,000.00 |
| Kitchen Equipment | | $125,000.00 |
| Refrigeration/walk-ins | | $60,000.00 |
| Buildout and Construction | | $100,000.00 |
| Bar and bar display | | $60,000.00 |
| Recovery from Bogart | | Unknown |
| Total Estimated Value: | | $445,000.00 |
| Less: | | |
| Costs of Liquidation (Chapter 7 Trustee) | 10% | ($44,500.00) |
| Total: | | $400,500.00 |